An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN ARMESE WOODS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68183

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus or prohibition challenging a district court order designating petitioner Ian Woods a vexatious litigant and restricting his access to the courts. Woods contends that he was not warned in advance of the district court's intent to designate him a vexatious litigant and that his filings were not frivolous or intended to harass the court. Woods has failed to submit an appendix with documents from the district court action, *see* NRAP 21(a)(4), and also has failed to serve the petition upon the respondent, *see* NRAP 21(a)(1). Thus, he has not demonstrated circumstances warranting our review. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22046

cc: Hon. Jessie Elizabeth Walsh, District Judge
Ian Armese Woods
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk